01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN G. SANCHEZ,                           )
                                           )
                Plaintiff,                 )      Case No. C05-1493-JCC-JPD
                                           )
        v.                                 )
                                           )
JO ANNE B. BARNHART, Commissioner          )      ORDER DIRECTING DEFENDANT
of Social Security Administration,         )      TO FILE ADDITIONAL BRIEFING
                                           )
                Defendant.                 )
_____   )

        Plaintiff Juan G. Sanchez is proceeding through counsel in this action challenging a

final decision of the Commissioner of the Social Security Administration.  In his reply brief,

plaintiff argues for the first time that the ALJ erroneously concluded that he did not suffer

from mild retardation or borderline intellectual functioning.  *See* Dkt. No. 17 at 10.  Because

defendant did not have an adequate opportunity to respond to this argument, the Court orders

as follows:

        (1)     Defendant is ORDERED to file a supplemental brief addressing plaintiff's

argument that the ALJ erroneously concluded that he did not suffer from mild retardation or

borderline intellectual functioning.  Defendant's brief shall be no longer than seven pages and

shall be submitted no later than Monday, June 26, 2006.  The Court will not accept additional

briefing from either party on this matter at this time.

01          (2)      The Clerk is directed to send copies of this order to the parties and to the

02    Honorable John C. Coughenour.

03          DATED this 14th day of June, 2006.

04

05                                                          *James P. Donohue*

06                                                          JAMES P. DONOHUE
                                                            United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                          -3-